[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
**6/10/2024** NF
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SM

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**
OCT 18 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jeffrey T Ronowski (20230402105)

_____

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Thomas J Dart
Steven Klemick
Sgt Randel
Sgt Radcorty
CO Grayson
CO Henry

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

23-cv-15165
Judge Wood
Magistrate Judge Gilbert
DIRECT / PC 1

**CHECK ONE ONLY:**

__X__  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

United States District Court
Northern District of Illinois

Jeffrey T Ronowski (20230402105)

    V

Thomas J Dart –
Steven Klemick –
Sgt Rondel –
Sgt Radferty –
  Co Grayson – N/A
  Co Henry – N/A
Co Muhummad – N/A
Co Barcia – 18028
Co Deberry – 3361
OO Strudivant – 708

case # _____
to be supplied by the clerk
of this court.

Complaint Under the civil Rights Act, title 42 section 1983
U.S Code ILLINOIS, Country of Cook, cook Country ILLINOIS

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Jeffrey T Ronowski

B. List all aliases: Jeff, Jeffery

C. Prisoner identification number: 20230402105

D. Place of present confinement: CCDOC - Cook County Jail

E. Address: 2700 S. CALIFORNIA CHICAGO IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):** part 1 of
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Thomas J Dart
Title: Elected Cook County Sheriff Cook County ILLINOIS
Place of Employment: 2700 S. California chicago IL 60608

B. Defendant: Steven Klemick
Title: Div 5 CCDOC Superentendent
Place of Employment: 2700 S. California chicago IL 60608

C. Defendant: Sgt Randel
Title: Sargent CCDOC Div 5 Correctional Officer
Place of Employment: 2700 S. California chicago IL 60608

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

II Defendants part 2 of

D) Defendant - Sgt Radferty
   Title - Correctional Officer Sergent CCDOC Div 5
   POE - 2700 S. California Chi IL 60608

E) Defendant - CO Grayson
   title - Correctional Officer CCDOC Div 5
   POE - 2700 S. California Chi IL 60608

F) Defendant - CO Henry
   title - Correctional officer
   POE - 2700 S. California Chi IL 60608

G) Defendant - CO Muhumad
   title - Correctional Officer CCDOC Div 5
   POE - 2700 S California Chi IL 60608

H.) Defendant - CO Garcia
   title - Correctional Officer CCDOC Div 5
   P.O.E - 2700 S. California Chi IL 60608

I) Defendant - CO Deberry
   title - Correctional Officer CCDOC Div 5
   PoE - 2700 S. California Chi IL 60608

J) Defendant - CO Strudivant
   title - Correctional Officer CCDOC Div 5
   POE - 2700 S. California Chi IL 60608

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Jeffrey Ronowski v CCDOC/CCSP Thomas J Dart et al

B. Approximate date of filing lawsuit: 8/15/23

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Jeffrey T Ronowski

D. List all defendants: Thomas J Dart, CO Nickoulas, CO Malone, CO Keegn CO Voytes, CRW Williams

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

F. Name of judge to whom case was assigned: Judge Wood

G. Basic claim made: Sexual Harassment, Abuse, IIED

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3 Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List All Lawsuits

① A.) N.O.C / Case # — Jeffrey T Ronowski v CCDOC/CCSP Thomas J Dart et al
Date Filed — 8/15/2023   Case # 23CV5566
List all plaintiffs — Jeffrey T Ronowski
List all Def — Thomas J Dart, CO Nickovious, CO Malone, CO Keeon, CO Voytas, CO Williams
Court Filed — Northern District of Illinois
Name of Judge — Judge Wood
Basic Claim — Sexual Harassment, Sexual Abuse
Dispo — N/A
Date of Disp — N/A

② A) Jeffrey Thomas Ronowski v. Thomas J Dart, et al
B) 9/25/2023   Case # 23CV14077
C) Jeffrey T Ronowski
D) Thomas J Dart, Steven Klemick, T Henry, A Mitchel, Mr Jones, CO Grayson, CO Mendez
E) Northern District of Illinois
F) Judge Wood
G) Poor Living Conditions, failure to protect,
H) N/A
I) N/A

3) A) Ronowski, et al v. Dart, et al
   B.) 9/27/2023  Case # 23CV14108
   C) Jeffrey T Ronowski
   D) Thomas J Dart, Steven Klemick, T Henry, A Mitchel, A Jones, Cook County
   E) Northern District of Illinois
   F) Judge Wood
   G) Pest Bite, Infestation
   H) N/A
   I) N/A

4) A) Ronowski v CCDOC, et al.
   B) 9/28/2023  23CV14223
   C) Jeffrey Ronowski
   D) Thomas J Dart, Steven Klemick, T Henry, A Mitchel, M Jones, CCJL
   E) Northern District of Illinois
   F) Judge Wood
   G) Asbestos, Mold
   H) N/A
   I) N/A

5.) A) Ronowski v Thomas J. Dart, et al.
B) 9/28/2023  case # 23 cv 14224
C) Jeffrey T Ronowski
D) Thomas J Dart, Steven Klemick, T Henery, S Mitchel, Mr. Jones,
E) Northern District of Illinois
F) Judge Wood
G) Pest Infestation, Bite
H) N/A
I) N/A

(A pleading to the Clerk of this Court)

Due to Being Locked up @ the CCDOC and Been filing
6) A) multiple claims/complaints on conditions of the jail,
B) Actions or Lack of Actions from CCDOC employees
C) I have been physically Abused and emotionally abused.
D) with My property being searched Multiple times - Some.
E) Day Multiple times a Day - from getting Legal Mail
F) Returned from this Court So Saugants ~~reo read~~ my incoming Mail
G) from this court - and I've felt the repreccussions physically,
H) and mentally - Multiple Moves ~~two~~ three in two Days
I) all having my property searched - at the end of it, I'm now
in the hole - all My legal Documentations are gone - what.
I know of my filing are notes I've written in my Bible - I don't know
which Case #'s go with which Complaints or ~~Defendants~~ to whom
to Send Summons to and who has been served in all my
Cases List in the Past few pages under (III List all Lawsuits)
Can the Clerk of this Court Please Send me Copies of All My Complaints
Listed in Section III - Due to My Doc. where taken in multiple Searches.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) Jeffrey Thomas Ronowski has been a pretrail Detainee at the Cook County Jail 2700 S California Chicago IL 60608. Ronowski has multiple 42 § 1983 Complaints against Thomas J Dart, Steven Kemick and Multiple Employees under them with the Northern District (east) of Illinois. case # 23cv5546 (8/15/23) 23cv14077 - (9/25/23), 23cv14108 (9/27/23), 23cv14223 (9/28/23) and 23cv14224 filed 9/28/23. Ronowski has filed Motions, Amendments and plaintiffs first Interrogatories of Defendants, in which he has recieved incoming mail from the Northern District Courts of Illinois on a steady stream the past Month in a half. Ronowski has recieved incoming Mail on 8-17-23, 9/12-23, 9-23-23, 9-26-23, 9-27-23, 9-26-23, 9-27-23, 9-28-23, 9-29-23, 9-30-23, 10-04-23, 10-5-23 on each of these Dates a Sargent would come to Ronowski's cell and open the mail skim Read it and hand it to Ronowski. After Days of Sgt Randel and Sgt Radferty Bringing his legal Mail reading new case numbers would start making Comment to Ronowski to stop or else. Since These return mailings of Complaints Ronowski has Been Moved into a cell that was completely water filled floor. which he was made to endure this cell being flooded for a few days. To then Be moved up to a cell that had NO

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

running water for over a week, to having to endure a pysically punishment along with mental abuse from multiple Sargants and CCDOC officers. Where Ronowski has been moved multiple times. Three - tiers in two days where he ended up losing all his legal documents for cases in this court along with his criminal cases. To the point Ronowski could no longer take the abuse physical and emotionally from CCDOC employees to where he just copped out of his cases at the Skokie Courthouse so he can find some refuge in leaving the jail soon. Anywhere but here would be better for Ronowski's physical wellbeing health and overall safty. at this point Because its setting Bad with Sgt Randel and Sgt Radforty (EPs). And Ronowski in all his years coming in and out of CCDOC never had a ticket or any incident report made out against him has gotten his first ever and putting him in the Hole in Div. 6. where he was so stripped of All His property except The Basic state property — Ronowski has very Limited stuff. Lucky he has had some papers folded in his bible with envolopes (two) with four stamps. and limited information on which above case goes with which complaints against which defendents Due to them throwing 80% of his belongings/property away in the past few weeks.

10/10/23

Jeffrey Kowaleski
2700 S California
2023-0402105
Chi Illinois

## Statement of Claims

Sept 12 Moved from Dorms — Dorm 3 JJ House to Div 5 IC cell #3
cell #3 was flood 100% of floor covered with water when we arrived. (Filed grievances) and told Multiple CO's what's going on here.

Sept 14 Moved from 5IC3 to 5IC16 — Cell 16 HAD NO RUNNING water. and Div 5 sup, CO's all Knew Because Detainees that where there before us complained and where moved out — (They Knew of the No Working Water situation.)

(Sept 22) got Legal Mail → (cell searched on the 23rd)

(Sept 27, 28, 29) got Legal Mail → (They searched. No they tore our shit up in our cell. Braking, taking/singing multiple items. Sgt Rafferty, Co Henry, Co Muhummad, and Sgt Randel. We had cups of water filled Due to not having running water — The Co poured them all over my paper work and sheets to Bunk. Sgt Rafferty tried to rip my Crosses from of around my neck but couldn't — These are crosses the priest here blessed for myself and almost everyone on our tier @ that time → you need to pray more because here I am your God Randel said as he cut them from around my neck. I was punched in the stomach twice by Co Henry and slapped by Sgt Rafferty saying Don't forget to sue me for that you Bitch, your my Bitch slapping me again.

Oct 2 — got Bottom bunk permit so I was Moved to 5IC cell #1 when I got there the Detainee refused to move — So CO Garcia called for back up telling me to sit in the Day room until it was resolved, which I did. Sgt Randel came with 3 others talking to the guy in cell 1 — when I was told to come Down to Lock up — Rodin noticed it was me grabbed me out of the cell telling his Co's there to search my two property Bags

Jeffrey Ronarski
2700 S California
20230421051
Chi IL 60608

Sgt Randel had me cuffed tight, I told him about my elbow and the way he had me cuffed hurt my Lt wrist but put a lot of pressure on my Right elbow. As he was tearing through my property bags he to the CO's Garcia, Muhammad, Henry, Deberry and Sturivant to throw a lot of my stuff out - CO's Destroyed May things but Randel would say throw that away as well - They threw away 60/70% of my property and Damaging or ruining much of what was left spead all over the tair. I put stuff in my property bags but could NOT pick them up being cuffed the way I was cuffed, I told them I couldn't. He said what you cant carry we are throwing out, Then a (CO unknown) said fuck it and grabbed one of the two bags and said I'm Helping him. Sgt Randel was not happy his CO was helping me due to my injured elbow, and being cuffed he saw what was happening was not right. So the Randel had me cuffed in the hallway outside of teir 51C to a ring in the wall with what left of my belongings. While cuffed to the wall for well over a few hours. I condensed what was left of my stuff into 1 property bag So the One with my food Commissary and Most of (95% of my legal Papers) were taken and thrown away when I ask if I could get them Back Sgt Randel told me good luck fighting shit you don't have any more fucker as Garcia, CO Henry and now Grayson were to bring me to the Dispensory. When I was Done with the Dispensary CO Grayson, Henry and Garcia, Deberry pulled me in a hallway (stairwell) by the Dispensary and Beat the shit out of me untill a call came in for all CO's So they then locked me into a Bench in the hallway near the Dispensary. After Beating me Then from there I was moved to Div 5/M Oct 2

CO's That beatme in the stairwell CO Henry, CO Grayson, Sgt Randel, Sgt Radbord CO Muhammad, CO Stouidoeant,

Jeffrey Konowsked
2700 S California
2023040 2105
Chicago IL 60608

10/10/23

I got more Legal Mail Delivered by Sgt Radforty and Rundel - Making Comments like this Dumbwhiteshits not understanding or Learning when to stop snitching. Telling other Detainees on S/M I'm a snitch - Oct 2 night

Got another Legal Mail morning of Oct 3
Oct 3 worked 1st shift - Then told them about my meds so they fired me - I cant work on S/M if I'm on OTP. And Ive been on OTP for most of my Incarceration (many months)

⤷ Radforty grabbing my pelvich area hard - (Squeezing and pulling) got fired (Oct 3) from my kitchen Job

⤷ Came back and multiple Detainees called me in the Bathroom - Where I was punched, kicked and spit on multiple time being told to stop snitching or else -

⤷ After being assulted I was moved right away to 52A on (Oct 3rd) or 4th called home told my parents if they dont here from me something happened. Because I was scared for my saftye, health and Life. I was cut up and Brused in my face, stomach and buttocks - Put in Medical Request Multiple times got Legal Mail 5th - had Covit -

I Decided to take my time to get out of whats been happening to me at the jail -

Oct 6 was told to pack it up and was moved to Div 6 the Hole - when I got here the Detainers where screaming thats the snitch Bitch - How I'm going to Die, and Dont come out or else. And I asked Why I'm in the Hole- they said I refused to pick up my property. Is this for Real? Now 2nd day in the hole and I only came out for my meds

Jeffrey Ronowski
2700 S California
20230102105
Chi IL 60608

But this whole time Ronowski was seen by an orthopedic Doctor whom prescribed him back on a antinflamatory for the major build up of fluids, have him wearing a elbow pad so it would not get further injured from being hit or accidentally hit. Ronowski Due to his elbow Issues can not lift heavy objects like his two property bags, especially when he is handcuffed from Behind nor if hes cuffed in front. Ronowski never refused to take or pick up his property - its Ronowski Could Not Due So - as Cermak Medical Records will show - So how did Ronowski get a ~~bottom~~ a Bottom bunk permit - except when he was moving he van into the CCDOC Div 5 Crew that has had it out for Ronowski for months now - Physically Doing harm to him multiple times Ronowski was not safe one day while in Div 5 since 4/26/25 on - The physical Abuse - him being hit, choked, pushed, kicked in his private (nuts) area more than once. By the same group of CO's Lead by CO sergent Randel, sgt Radferty, CO Grayson, C. Henrey, CO Deberry CO Garcia, CO Mondez, CO Muhammud CO strowidant, up to asking Steven Kleorich for help with poor Living conditions ~~idea~~ and abuse he was going through since coming back from the Daronns. To CO's returning Ronowski mail to the Northern District Courts saying its going to cost him over 8.00 to mail motions to this court. to ripping up his grievances hes filed multiple times, not getting his OTP meds and More. But the past weeks closing out September the Retalation has ramped up ten fold. to the point Ronowski Decided to say he was guilty Because

10/10/23
Jeffrey Ronowski
2700 S California
Chi-IL 60608

The Deal the state gave Ronowski, would get him out of the Cook County Jail the fastest way possible - So he took 5 years at 50% with 604 Days credited to him. Once he got Back from his Court Date he was told to get Ready he was going to be moving. Ronowski thought he was going to be getting out of the undesirable, stressful and physically painful situation on to something Better. Wow Ronowski was so wrong. He was stripped of 80% of his personal Belongings he purchased through Commissary and More Like the rest of his Legal Documentions taken and thrown out in front of him By Sgt Randel - CO Henry, CO Muhummud, CO Strevidenty, CO Carlos and Sgt Radforty - all making comments Like now your going to find out what Cook County Jail is all about - now he was being moved to the Hole as CO's and Detainees call it, Ronowski is allowed out of his Cell but Bluebox Locked up - ankles waist to wrist and to a ring in the wall. Other Detainees where yelling Death threats to Ronowski - Ronowski has never been in any troubles in all the years in and out of the Jail. He was visited twice by Sgt Randle Making verbal threats - Ronowski had is commissary foods he ordered taken - and he is getting next to nothing on his state trays he gets Daily - So Ronowski was able to take on shower in the past four Days - No Phone calls because he knows he will break Down and Cry - Being shackled to the phone with a bluebox - his elbow can't be locked that way for More the 15 min or else the pain is unbearable and hes to Scarded to come out of his cell anyways Due to the threats and punisments from these threats being valid the past few weeks. Ronowski this whole time has been in a elbow pad compression sleeve given by orthopedists here at Cermak with Hot on his flanetery pain medication in one few weeks prior to these events.

Ronowski has been a pretrail Detainee since April 2 2023. Located at CCDOC 2700 S. California (20230402105) Chicago IL 60608.

Sgt Randel has been a Sgt of Div 5 CCDOC as have Sgt Rodferty - a Sgt for CCDOC Div 5. Both Sgt Randle and Radferty are legally responsible for Div 5 Correctional officers under them at the CCDOC 2700 S California chi IL 60608

Thomas J Dart is the elected sheriff of Cook County Illinois. He is legally responsible for the operations of the CCDOC at 2700 S California chicago IL 60608 and for all the Detainee welfare at that Jail

Steve Klemick is CCDOC Div 5 Superintendent and is responsible for the operations of Div 5 and Div 2 Dorm at the CCDOC 2700 S California chicago IL 60608 and welfare of all the Detainee in Div 5 and 2.

Correctional officers, Grayson, Henry, Mohammed, Coracia, Sturdivant co Roberry Are all co's at the CCDOC Div 5 Located at 2700 S. California chicago IL 60608 and are responsible for the post and teirs they watch within the CCDOC Div 5 and Div 2.

The northern District of Illinois is an appropriate Venue under 28 U.S.C 1391 (b)(2) because it is where the events giving rise to this Claim occurred.

Respectfully,
Jeffrey Ronowski
20230402105  10/10/23

2700 S California
chi IL 60608

Statement of Claims

Jeffry Ronoaho
2700 S. California
Chi IL 60608

Each Defendant is sued individually and in his or her official capacity as well. At all times mentioned in this Complaint each Defendant acted under color of state law.

Wherefore, plaintiff respectfully pray that this court enter judgment

granting Plaintiff Ronowski a declaration that the acts and omissions described herein violate his rights under the Constitution and Laws of the United States and a preliminary and permanent injunction ordering all defendants listed to cease their physical violence and threats towards Plaintiff Ronowski

and Grant Plaintiff Ronowski compensatory Damages in the amount of $100,000.00 against each Defendant in the amount of $1,000,000.00 Dollars

and Grant Plaintiff Ronowski punitive Damages in the amount of $250,000.00 from Defendants Thomas J Dart, Steven Klewick, Sgt Randel and Sgt Rafferty in the amount of $1,000,000.00 Dollars and punitive Damages in the amount of $100,000.00 from Defendants Correctional Officer Grayson, Correctional Officer Henry, Correctional Officer Muhumed, Correctional Officer Garcia, Correctional Officer Strudivant in the Amount of $500,000.00 Dollars.

Plaintiff Ronowski also seeks a jury trial on all issues triable by jury. Plaintiff also seek recovery of their cost in this suit and any additional relief this court deems just, proper and equitable

Dated Oct/10/2023 Respectfully: Jeffry Ronowski 20230402105 2700 S. California Chicago IL 60608
Jeffrey Ronowski

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Grant Ronowski Compensatory Damages in the amount of $100,000.00 per Defendant in the amount of $1,000,000.00 Dollars, and Grant Ronowski Punitive Damages in the amount of $250,000 from Thomas J Dart, Steven Iclemiz, Sgt Rondel and Sgt Roclerty in the amount of $1,000,000.00 Dollars and Punitive Damages in the amount of $100,000.00 to CO Grayson, CO Henry, CO Govica, CO Mohummed, CO Sprewient in the amount of $500,000.00 and a preliminary and permanent injunction ordering all Defendants cease their physical violence and threats toward Plaintiff Ronowski.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __10__ day of __Oct__, 20 _23_

_/s/ Jeffrey Ronowski_
(Signature of plaintiff or plaintiffs)

Jeffrey Ronowski
(Print name)

20230402105
(I.D. Number)

2700 S. California
Chicago IL 60608
(Address)

6  Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

23-cv-15165
Judge Wood
Magistrate Judge Gilbert
DIRECT / PC 1

Jeffrey Ronowski
2700 S California
(20230402105)
Chicago IL 60608

Clerk of the U.S District Courts
219 South Dearborn street
Chicago IL 60604

10/18/2023-1

RECEIVED
OCT 18 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Legal Mail 10/9/23