IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY T. RONOWSKI (#M-05230), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 23-cv-15165 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| SHERIFF THOMAS J. DART, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

      Plaintiff's motion for attorney representation [4] is denied without prejudice. This case has been referred to the magistrate judge along with Plaintiff's other pending cases for purposes of a settlement conference. The magistrate judge has recently recruited settlement assistance counsel to represent Plaintiff for purposes of those proceedings [12]. Accordingly, for now, there is no need for additional pro bono counsel to be recruited for this matter. Moreover, there is no right to court-appointed counsel in federal civil cases, although the Court may recruit a lawyer to represent an indigent litigant on a *pro bono* basis. *Watts v. Kidman*, 42 F.4th 755, 760 (7th Cir. 2022). Plaintiff has demonstrated no efforts to obtain counsel on his own, which is a required threshold showing before the Court will consider recruiting counsel for him for the duration of this case. *See Pickett v. Chicago Transit Auth.*, 930 F.3d 869, 871 (7th Cir. 2019).

Date: August 9, 2024

                                                                       Andrea R. Wood
                                                                       United States District Judge